# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1528
Lower Tribunal No. F19-15573

————————

**Myrtis Harden,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Myrtis Harden, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.